FILED
07 APR 13 AM 8:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>Felipe ZAMORA Jr.<br><br>　　　　　　　　Defendant. | Criminal Case No. 06-cr-2350-BTM<br><br>ORDER EXONERATING<br>MATERIAL WITNESS BOND AND<br>FOR DISBURSEMENT OF FUNDS |

　　　Based on the representations of Tamara D. DeHaan, attorney for the below-named material witness, that the defendant herein entered a guilty plea on or about February 9, 2007, and that the material witness has voluntarily returned to her country of origin, and good cause appearing,

　　　IT IS HEREBY ORDERED that the bond securing the presence of Maria Zeneda HERNANDEZ-Sandoval be exonerated, that the surety be released from any and all further obligation and/or responsibility under the bond, and that all such sums deposited with the Clerk be refunded to the below-named surety:

**Agustin Gonzalez**
**551 El Mar Court**
**Suisun City, CA 94585**

SO ORDERED.

DATED: 4/10/7

_____
UNITED STATES DISTRICT JUDGE

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**