```
                                FILED
                            07 APR 13 AM 8:53
                         CLERK U.S. DISTRICT COURT
                      SOUTHERN DISTRICT OF CALIFORNIA

                         BY_____
                                           DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal Case No. 06-cr-2350-BTM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Felipe ZAMORA Jr. | ) | ORDER EXONERATING |
| | ) | MATERIAL WITNESS BOND AND |
| | ) | FOR DISBURSEMENT OF FUNDS |
| Defendant. | ) | |
| | ) | |

Based on the representations of Tamara D. DeHaan, attorney for the below-named material witness, that the defendant herein entered a guilty plea on or about February 9, 2007, and that the material witness has voluntarily returned to her country of origin, and good cause appearing,

IT IS HEREBY ORDERED that the bond securing the presence of Aide NOYOLA Bustos be exonerated, that the surety be released from any and all further obligation and/or responsibility under the bond, and that all such sums deposited with the Clerk be refunded to the below-named surety:

**Victor Manuel Torres**
**1763 W. Juno Avenue**
**Anaheim, CA 92804**

SO ORDERED.

DATED: 4/11/07

_____
UNITED STATES ~~DISTRICT~~ JUDGE

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**